**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nicholas Zindel Epps             CHAPTER 13
                  Debtor(s)

                                        BKY. NO. 21-10317 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                        Respectfully submitted,


                                        /s/Rebecca A. Solarz, Esq.
                                        Rebecca A. Solarz, Esq.


                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322