# IN THE U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Nicholas Zindel Epps, | : | Chapter 13 |
| Debtor | : | No. : 21-10317-mdc |

## **ORDER**

AND NOW, upon consideration of Debtor's Motion to Extend Time, it is hereby ORDERED that the Motion is approved.  Debtor shall file the Attorney Disclosure Statement, Chapter 13 Plan, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1, Means Test Calculation Form 122C-2, Schedules A/B through J, Statement of Financial Affairs, Summary of Assets and Liabilities Form B106, Statistical Summary of Certain Liabilities Form B206, and any other Incomplete Filing by **March 25, 2021**.

BY THE COURT:

February 23, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE