Villanova University
800 Lancaster Avenue
Villanova, Pennsylvania  19085-1699
610-519-4617

| | | | |
|---|---|---|---|
| **Banner ID:** | 00453391 | **Pay Date:** | Dec 11, 2020 |
| **SSN/SIN/TIN:** | *****9712 | **Pay Number:** | Service 25 |
| **Employee:** | Nicholas Z. Epps | **Pay Period:** | Nov 23, 2020-Dec 06, 2020 |
| **Address:** | 3 East Brown Street | | |
| | Norristown, Pennsylvania  19401-3001 | | |

### Payment Summary

| Type | Current Period | YTD Amount |
|---|---|---|
| Gross Amount: | $3,812.05 | $94,700.11 |
| Total Personal Deductions: | $1,083.46 | $29,909.85 |
| Net Amount: | $2,728.59 | $64,790.26 |
| Total Employer Contributions: | $1,318.78 | $31,526.71 |

### Earnings

| Job | Earnings | Shift | Hours or Units | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Gen Maint 1st Class | Double Overtime | 1 | 8.00 | $63.800000 | $510.40 | $7,943.10 |
| | Holiday Pay | 1 | 24.00 | $31.900000 | $765.60 | $5,104.00 |
| | Overtime Pay | 1 | 16.00 | $47.850000 | $765.60 | $22,915.84 |
| | Hours from previous pay | 1 | | | | $255.20 |
| | Regular Earnings | 1 | 47.50 | $31.900000 | $1,515.25 | $49,709.47 |
| | Sick Pay | 1 | | | | $2,807.20 |
| | Vacation Pay | 1 | 8.00 | $31.900000 | $255.20 | $5,965.30 |
| | | | | Total: | $3,812.05 | $94,700.11 |

### Benefits, Deductions and Taxes

| Benefits and Deductions | Employee | Employee YTD | Employer | Employer YTD | Applicable Gross | Applicable Gross YTD |
|---|---|---|---|---|---|---|
| **Deductions before Federal Tax** | | | | | | |
| 403(b) Employee Basic | $126.80 | $3,192.05 | $126.80 | $3,192.05 | | |
| Delta Dental | $10.00 | $230.00 | $39.24 | $902.52 | | |
| Keystone Flex HMO | $283.12 | $6,511.76 | $769.96 | $17,709.08 | | |
| **Taxes** | | | | | | |
| Additional FICA over $200,000 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Federal Tax | $99.66 | $2,520.30 | $0.00 | $0.00 | $3,399.44 | $84,846.71 |
| FICA Medicare | $51.13 | $1,276.56 | $51.13 | $1,276.56 | $3,526.24 | $88,038.76 |
| FICA OASDI | $218.62 | $5,458.40 | $218.62 | $5,458.40 | $3,526.24 | $88,038.76 |
| PA Local Income Tax | $73.90 | $1,847.10 | $0.00 | $0.00 | $3,518.93 | $87,958.35 |
| PA State Tax | $108.03 | $2,700.33 | $0.00 | $0.00 | $3,518.93 | $87,958.35 |
| PA Unemployment Tax | $2.29 | $56.83 | $0.00 | $0.00 | $3,812.05 | $94,700.11 |
| Radnor LS Tax | $2.00 | $50.00 | $0.00 | $0.00 | $3,812.05 | $94,700.11 |
| **Deductions after Federal Tax** | | | | | | |
| 403(b) Employer Base | $0.00 | $0.00 | $101.44 | $2,859.72 | | |
| Basic Life Insurance | $0.00 | $0.00 | $11.59 | $128.38 | | |
| Dependent Life Ins - Child/ren | $0.81 | $18.63 | $0.00 | $0.00 | | |
| Dependent Life Insurance | $2.01 | $46.23 | $0.00 | $0.00 | | |
| Legal Services | $9.00 | $207.00 | $0.00 | $0.00 | | |
| Parking | $4.81 | $120.19 | $0.00 | $0.00 | | |
| Supplemental Life Insurance | $16.28 | $308.84 | $0.00 | $0.00 | | |
| TIAA Employee Loan Pmt | | $1,118.08 | | $0.00 | | |
| TIAA Employee Loan Pmt | | $3,347.55 | | $0.00 | | |
| Union Dues | $75.00 | $900.00 | $0.00 | $0.00 | | |
| Total: | $1,083.46 | $29,909.85 | $1,318.78 | $31,526.71 | | |

### Federally Taxable Benefits

| Benefit | Amount | YTD Amount |
|---|---|---|
| Imputed GTL (Group Term Life) | $7.31 | $80.41 |

### Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 11000947 | Direct Deposit | PNC | Checking | $825.00 |
| 11000947 | Direct Deposit | PNC | Checking | $1,903.59 |

### Filing Status

### Federal Tax

| Filing Status | Number of Allowances | NRA Indicator | Step 2C Indicator | Year Ind | Additional Withholding | Dependent Amount | Other Income | Deductions |
|---|---|---|---|---|---|---|---|---|
| Married Filing Jointly | 12 | No | No | | $0.00 | $0.00 | $0.00 | $0.00 |

### PA State Tax

| Additional State Tax |
|---|
| $0.00 |

**Villanova University**
800 Lancaster Avenue
Villanova, Pennsylvania 19085-1699
610-519-4617

| | | | |
|---|---|---|---|
| **Banner ID:** | 00453391 | **Pay Date:** | Dec 24, 2020 |
| **SSN/SIN/TIN:** | *****9712 | **Pay Number:** | Service 26 |
| **Employee:** | Nicholas Z. Epps | **Pay Period:** | Dec 07, 2020-Dec 20, 2020 |
| **Address:** | 3 East Brown Street Norristown, Pennsylvania 19401-3001 | | |

### Payment Summary

| Type | Current Period | YTD Amount |
|---|---|---|
| Gross Amount: | $5,369.57 | $100,069.68 |
| Total Personal Deductions: | $1,394.13 | $31,303.98 |
| Net Amount: | $3,975.44 | $68,765.70 |
| Total Employer Contributions: | $1,424.93 | $32,951.64 |

### Earnings

| Job | Earnings | Shift | Hours or Units | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Gen Maint 1st Class | Double Overtime | 1 | 14.75 | $63.800000 | $941.05 | $8,884.15 |
| | Holiday Pay | 1 | | | | $5,104.00 |
| | Overtime Pay | 1 | 31.75 | $47.850000 | $1,519.24 | $24,435.08 |
| | Hours from previous pay | 1 | | | | $255.20 |
| | Regular Earnings | 1 | 66.20 | $31.900000 | $2,111.78 | $51,821.25 |
| | Sick Pay | 1 | | | | $2,807.20 |
| | Inclement Weather | 1 | 12.00 | $31.900000 | $382.80 | $382.80 |
| | Vacation Pay | 1 | 13.00 | $31.900000 | $414.70 | $6,380.00 |
| | | | | Total: | $5,369.57 | $100,069.68 |

### Benefits, Deductions and Taxes

| Benefits and Deductions | Employee | Employee YTD | Employer | Employer YTD | Applicable Gross | Applicable Gross YTD |
|---|---|---|---|---|---|---|
| **Deductions before Federal Tax** | | | | | | |
| 403(b) Employee Basic | $126.32 | $3,318.37 | $126.32 | $3,318.37 | | |
| Delta Dental | $10.00 | $240.00 | $39.24 | $941.76 | | |
| Keystone Flex HMO | $283.12 | $6,794.88 | $769.96 | $18,479.04 | | |
| **Taxes** | | | | | | |
| Additional FICA over $200,000 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Federal Tax | $285.75 | $2,806.05 | $0.00 | $0.00 | $4,950.13 | $89,796.84 |
| FICA Medicare | $73.61 | $1,350.17 | $73.61 | $1,350.17 | $5,076.45 | $93,115.21 |
| FICA OASDI | $314.74 | $5,773.14 | $314.74 | $5,773.14 | $5,076.45 | $93,115.21 |
| PA Local Income Tax | $106.61 | $1,953.71 | $0.00 | $0.00 | $5,076.45 | $93,034.80 |
| PA State Tax | $155.85 | $2,856.18 | $0.00 | $0.00 | $5,076.45 | $93,034.80 |
| PA Unemployment Tax | $3.22 | $60.05 | $0.00 | $0.00 | $5,369.57 | $100,069.68 |
| Radnor LS Tax | $2.00 | $52.00 | $0.00 | $0.00 | $5,369.57 | $100,069.68 |
| **Deductions after Federal Tax** | | | | | | |
| 403(b) Employer Base | $0.00 | $0.00 | $101.06 | $2,960.78 | | |
| Basic Life Insurance | | $0.00 | | $128.38 | | |
| Dependent Life Ins - Child/ren | $0.81 | $19.44 | $0.00 | $0.00 | | |
| Dependent Life Insurance | $2.01 | $48.24 | $0.00 | $0.00 | | |
| Legal Services | $9.00 | $216.00 | $0.00 | $0.00 | | |
| Parking | $4.81 | $125.00 | $0.00 | $0.00 | | |
| Supplemental Life Insurance | $16.28 | $325.12 | $0.00 | $0.00 | | |
| TIAA Employee Loan Pmt | | $1,118.08 | | $0.00 | | |
| TIAA Employee Loan Pmt | | $3,347.55 | | $0.00 | | |
| Union Dues | $0.00 | $900.00 | $0.00 | $0.00 | | |
| Total: | $1,394.13 | $31,303.98 | $1,424.93 | $32,951.64 | | |

### Federally Taxable Benefits

| Benefit | Amount | YTD Amount |
|---|---|---|
| Imputed GTL (Group Term Life) | | $80.41 |

### Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 11004478 | Direct Deposit | PNC | Checking | $825.00 |
| 11004478 | Direct Deposit | PNC | Checking | $3,150.44 |

### Filing Status

#### Federal Tax

| Filing Status | Number of Allowances | NRA Indicator | Step 2C Indicator | Year Ind | Additional Withholding | Dependent Amount | Other Income | Deductions |
|---|---|---|---|---|---|---|---|---|
| Married Filing Jointly | 12 | No | No | | $0.00 | $0.00 | $0.00 | $0.00 |

#### PA State Tax

| Additional State Tax |
|---|
| |

Villanova University
800 Lancaster Avenue
Villanova, Pennsylvania  19085-1699
610-519-4617

| | | | |
|---|---|---|---|
| **Banner ID:** | 00453391 | **Pay Date:** | Jan 08, 2021 |
| **SSN/SIN/TIN:** | *****9712 | **Pay Number:** | Service 1 |
| **Employee:** | Nicholas Z. Epps | **Pay Period:** | Dec 21, 2020-Jan 03, 2021 |
| **Address:** | 3 East Brown Street | | |
| | Norristown, Pennsylvania  19401-3001 | | |

### Payment Summary

| Type | Current Period | YTD Amount |
|---|---|---|
| Gross Amount: | $6,693.26 | $6,693.26 |
| Total Personal Deductions: | $1,870.38 | $1,870.38 |
| Net Amount: | $4,822.88 | $4,822.88 |
| Total Employer Contributions: | $1,540.64 | $1,540.64 |

### Earnings

| Job | Earnings | Shift | Hours or Units | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Gen Maint 1st Class | Double Overtime | 1 | 8.00 | $63.800000 | $510.40 | $510.40 |
| | Holiday Pay | 1 | 56.00 | $31.900000 | $1,786.40 | $1,786.40 |
| | Overtime Pay | 1 | 75.88 | $47.850000 | $3,630.86 | $3,630.86 |
| | Special PTO | 1 | 24.00 | $31.900000 | $765.60 | $765.60 |
| | | | | Total: | $6,693.26 | $6,693.26 |

### Benefits, Deductions and Taxes

| Benefits and Deductions | Employee | Employee YTD | Employer | Employer YTD | Applicable Gross | Applicable Gross YTD |
|---|---|---|---|---|---|---|
| **Deductions before Federal Tax** | | | | | | |
| 403(b) Employee Basic | $127.60 | $127.60 | $127.60 | $127.60 | | |
| Delta Dental | $10.00 | $10.00 | $39.24 | $39.24 | | |
| Keystone Flex HMO | $283.12 | $283.12 | $769.96 | $769.96 | | |
| **Taxes** | | | | | | |
| Additional FICA over $200,000 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Federal Tax | $514.68 | $514.68 | $0.00 | $0.00 | $6,279.85 | $6,279.85 |
| FICA Medicare | $92.91 | $92.91 | $92.91 | $92.91 | $6,407.45 | $6,407.45 |
| FICA OASDI | $397.26 | $397.26 | $397.26 | $397.26 | $6,407.45 | $6,407.45 |
| PA Local Income Tax | $134.40 | $134.40 | $0.00 | $0.00 | $6,400.14 | $6,400.14 |
| PA State Tax | $196.48 | $196.48 | $0.00 | $0.00 | $6,400.14 | $6,400.14 |
| PA Unemployment Tax | $4.02 | $4.02 | $0.00 | $0.00 | $6,693.26 | $6,693.26 |
| Radnor LS Tax | $2.00 | $2.00 | $0.00 | $0.00 | $6,693.26 | $6,693.26 |
| **Deductions after Federal Tax** | | | | | | |
| 403(b) Employer Base | $0.00 | $0.00 | $102.08 | $102.08 | | |
| Basic Life Insurance | $0.00 | $0.00 | $11.59 | $11.59 | | |
| Dependent Life Ins - Child/ren | $0.81 | $0.81 | $0.00 | $0.00 | | |
| Dependent Life Insurance | $2.01 | $2.01 | $0.00 | $0.00 | | |
| Legal Services | $9.00 | $9.00 | $0.00 | $0.00 | | |
| Parking | $4.81 | $4.81 | $0.00 | $0.00 | | |
| Supplemental Life Insurance | $16.28 | $16.28 | $0.00 | $0.00 | | |
| Union Dues | $75.00 | $75.00 | $0.00 | $0.00 | | |
| Total: | $1,870.38 | $1,870.38 | $1,540.64 | $1,540.64 | | |

### Federally Taxable Benefits

| Benefit | Amount | YTD Amount |
|---|---|---|
| Imputed GTL (Group Term Life) | $7.31 | $7.31 |

### Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 11006369 | Direct Deposit | PNC | Checking | $825.00 |
| 11006369 | Direct Deposit | PNC | Checking | $3,997.88 |

Filing Status

### Federal Tax

| Filing Status | Number of Allowances | NRA Indicator | Step 2C Indicator | Year Ind | Additional Withholding | Dependent Amount | Other Income | Deductions |
|---|---|---|---|---|---|---|---|---|
| Married Filing Jointly | 12 | No | No | | $0.00 | $0.00 | $0.00 | $0.00 |

### PA State Tax

| Additional State Tax |
|---|
| $0.00 |

https://novasis.villanova.edu/pls/bannerprd/bwpkhstb.P_PrintPayStubDtl    1/1

**Villanova University**
800 Lancaster Avenue
Villanova, Pennsylvania 19085-1699
610-519-4617

| | | | |
|---|---|---|---|
| **Banner ID:** | 00453391 | **Pay Date:** | Jan 22, 2021 |
| **SSN/SIN/TIN:** | *****9712 | **Pay Number:** | Service 2 |
| **Employee:** | Nicholas Z. Epps | **Pay Period:** | Jan 04, 2021-Jan 17, 2021 |
| **Address:** | 3 East Brown Street | | |
| | Norristown, Pennsylvania 19401-3001 | | |

### Payment Summary

| Type | Current Period | YTD Amount |
|---|---|---|
| Gross Amount: | $4,217.34 | $10,910.60 |
| Total Personal Deductions: | $1,107.04 | $2,977.42 |
| Net Amount: | $3,110.30 | $7,933.18 |
| Total Employer Contributions: | $1,339.02 | $2,879.66 |

### Earnings

| Job | Earnings | Shift | Hours or Units | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Gen Maint 1st Class | Double Overtime | 1 | 8.00 | $63.800000 | $510.40 | $1,020.80 |
| | Holiday Pay | 1 | | | | $1,786.40 |
| | Overtime Pay | 1 | 24.15 | $47.850000 | $1,155.58 | $4,786.44 |
| | Regular Earnings | 1 | 55.98 | $31.900000 | $1,785.76 | $1,785.76 |
| | Sick Pay | 1 | 8.00 | $31.900000 | $255.20 | $255.20 |
| | Special PTO | 1 | 8.00 | $31.900000 | $255.20 | $1,020.80 |
| | Vacation Pay | 1 | 8.00 | $31.900000 | $255.20 | $255.20 |
| | | | | Total: | $4,217.34 | $10,910.60 |

### Benefits, Deductions and Taxes

| Benefits and Deductions | Employee | Employee YTD | Employer | Employer YTD | Applicable Gross | Applicable Gross YTD |
|---|---|---|---|---|---|---|
| **Deductions before Federal Tax** | | | | | | |
| 403(b) Employee Basic | $127.57 | $255.17 | $127.57 | $255.17 | | |
| Delta Dental | $10.00 | $20.00 | $39.24 | $78.48 | | |
| Keystone Flex HMO | $283.12 | $566.24 | $769.96 | $1,539.92 | | |
| **Taxes** | | | | | | |
| Additional FICA over $200,000 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Federal Tax | $145.83 | $660.51 | $0.00 | $0.00 | $3,796.65 | $10,076.50 |
| FICA Medicare | $56.90 | $149.81 | $56.90 | $149.81 | $3,924.22 | $10,331.67 |
| FICA OASDI | $243.30 | $640.56 | $243.30 | $640.56 | $3,924.22 | $10,331.67 |
| PA Local Income Tax | $82.41 | $216.81 | $0.00 | $0.00 | $3,924.22 | $10,324.36 |
| PA State Tax | $120.47 | $316.95 | $0.00 | $0.00 | $3,924.22 | $10,324.36 |
| PA Unemployment Tax | $2.53 | $6.55 | $0.00 | $0.00 | $4,217.34 | $10,910.60 |
| Radnor LS Tax | $2.00 | $4.00 | $0.00 | $0.00 | $4,217.34 | $10,910.60 |
| **Deductions after Federal Tax** | | | | | | |
| 403(b) Employer Base | $0.00 | $0.00 | $102.05 | $204.13 | | |
| Basic Life Insurance | | $0.00 | | $11.59 | | |
| Dependent Life Ins - Child/ren | $0.81 | $1.62 | $0.00 | $0.00 | | |
| Dependent Life Insurance | $2.01 | $4.02 | $0.00 | $0.00 | | |
| Legal Services | $9.00 | $18.00 | $0.00 | $0.00 | | |
| Parking | $4.81 | $9.62 | $0.00 | $0.00 | | |
| Supplemental Life Insurance | $16.28 | $32.56 | $0.00 | $0.00 | | |
| Union Dues | $0.00 | $75.00 | $0.00 | $0.00 | | |
| Total: | $1,107.04 | $2,977.42 | $1,339.02 | $2,879.66 | | |

### Federally Taxable Benefits

| Benefit | Amount | YTD Amount |
|---|---|---|
| Imputed GTL (Group Term Life) | | $7.31 |

### Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 11008145 | Direct Deposit | PNC | Checking | $825.00 |
| 11008145 | Direct Deposit | PNC | Checking | $2,285.30 |

### Filing Status

#### Federal Tax

| Filing Status | Number of Allowances | NRA Indicator | Step 2C Indicator | Year Ind | Additional Withholding | Dependent Amount | Other Income | Deductions |
|---|---|---|---|---|---|---|---|---|
| Married Filing Jointly | 12 | No | No | | $0.00 | $0.00 | $0.00 | $0.00 |

#### PA State Tax

| Additional State Tax |
|---|
| $0.00 |