THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Nicholas Zindel Epps,     :     Chapter 13
          Debtor     :     Bankruptcy No.: 21-10317-mdc

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor Nicholas Zindel Epps, hereby certify that on April 21, 2021, a true and correct copy of Debtor's Motion to Avoid the Judicial Lien of JMMMPC Company along with Notice of Motion was sent to the following parties, as follows:

*Via First Class USPS Mail:*

Troy Dupuis, President
Troy Capital LLC
2660 S. Rainbow Blvd
Las Vegas, NV 89146

Joseph Colavecchi, President
JMMMPC Company
221 E Mark Street
PO Box 131
Clearfield, PA 16830

Demetrios H. Tsarouhis, Esq.
21 South 9th Street
Allentown, PA 18102

*Via Electronic Filing (ECF):*

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz, Esq. on behalf of PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       192 S Hanover Street, Suite 101
       Pottstown, PA 19464
       T: 610.323.5300
       F: 610.323.6081
       jquinn@rqplaw.com
       Counsel for Debtor

Date: April 21, 2021