**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Nicholas Zindel Epps, | : | Chapter 13 |
| Debtor | : | Case No.:  21-10317-mdc |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed April 22, 2021 was forwarded to the following parties, as follows:

*Via First Class Mail, Postage Pre-Paid on April 22, 2021:*

Alicia S. Ford, Bank. Coord.
Credit Acceptance
25505 W. Twelve Mile Rd
Suite 3000
Southfield MI 48034

Stephanie Daniels, Bank. Pro. Spec.
Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847

Angela Kresila, Op. Manager
Troy Capital LLC
2660 S Rainbow Blvd
Las Vegas, NV 89146

Joseph Colavecchi, President
JMMMPC Company
221 E Mark Street
PO Box 131
Clearfield, PA 16830

Norristown Municipal Waste Authority
25 E. Marshall Street
Norristown PA 19401

*Via Electronic Filing (ECF) on April 22, 2021:*

Rebecca Ann Solarz, Esquire on behalf of PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

 

**ROSS, QUINN & PLOPPERT, P.C.**

By:  */s/ Joseph Quinn*
     Joseph Quinn, Esquire
     Attorney I.D. No. 307467
     192 S. Hanover Street, Suite 101
     Pottstown, PA 19464
     T: 610.323.5300
     F: 610.323.6081
     jquinn@rqplaw.com

Date: April 22, 2021     Counsel for Debtor