THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Nicholas Zindel Epps, | : | Chapter 13 |
| Debtor | : | No. : 21-10317-mdc |

## **CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Nicholas Zindel Epps, Debtor in the above-captioned matter.

2. That a copy of the motion to avoid the inchoate judicial lien of JMMMPC Company, along with notice of motion filed with this Court on April 21, 2021 was served upon parties in interest on April 21, 2021.

3. A Certificate of Service was filed with this Court on April 21, 2021, declaring service to the parties in interest.

4. A response deadline was set for May 12, 2021.

5. No response to said Motion has been received as of May 17, 2021.

                                              Respectfully Submitted,

                                              ROSS, QUINN & PLOPPERT, P.C

                                              BY:    */s/ Joseph Quinn*
                                                             Joseph Quinn, Esquire
                                                             Attorney I.D. No. 307467
                                                             192 S. Hanover Street, Suite 101
                                                             Pottstown, PA  19464
                                                             T: (610) 323 - 5300
                                                             F: (610) 323 - 6081
Date: May 17, 2021                                         JQuinn@rqplaw.com