IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Nicholas Zindel Epps, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 21-10317-mdc |

## ORDER

AND NOW, upon the motion of Debtor Nicholas Zindel Epps to avoid the judicial lien arising from docket number 2009-15407 at the Montgomery County Court of Common Pleas upon Debtor Nicholas Zindel Epps's exempt real property located at 3 East Brown Street, Norristown, PA 19401, Montgomery County, Pennsylvania, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of JMMMPC Company, if any, in Debtor Nicholas Zindel Epp's real property located at 3 East Brown Street, Norristown, PA 19401, Montgomery County, Pennsylvania is avoided.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates the lien voided under Section 522.

BY THE COURT:

May 20, 2021

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge