THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Nicholas Zindel Epps<br>                    Debtor | CASE NO. 21-10317-MDC |
| Nicholas Zindel Epps,<br>                    Movant<br>   v.<br>Pennymac Loan Services, LLC,<br>                    Respondent<br>   and<br>William C. Miller, Esquire<br>            Chapter 13 Trustee | CHAPTER 13 |

**STIPULATION REGARDING PAYMENT OF CLAIM 8 BY AND BETWEEN DEBTOR AND PENNYMAC LOAN SERVICES, LLC**

THIS matter being opened to the Court by way of claim no. 8 filed by Pennymac Loan Services, LLC by way of its counsel at KML Law Group, P.C. and the proposed amended plan filed by Debtor by way of his counsel Joseph Quinn of Ross, Quinn, & Ploppert, P.C.,

The Parties agree to the following:

1.  On March 31, 2021 Pennymac Loan Services, LLC ("Pennymac") filed a valid claim, marked as claim no. 8, secured by Debtor's real estate known as 3 East Brown Street, Norristown, PA 19401.

2.  Pennymac's claim reflects pre-petition arrearage of $16,881.90.

3.  Prior to the filing of the petition, Debtor and Pennymac Loan Services, LLC had entered into a COVID-19 loan forbearance that did not require Debtor to pay the $1,542.03 monthly payment ordinarily due on March 1, 2021 and April 1, 2021.

4.  Debtor subsequently proposed a plan that repays Pennymac the $16,881.90 in pre-petition arrears and $3084.06 in post-petition arrears due Pennymac.

1

5. Pennymac agrees to repayment of the $3,084.06 in post-peittion arrears in the plan for total payment of $19,965.96.

6. Pennymac shall not be required to amend its claim to receive the payment of $19,965.96 from the plan.

7. The undersigned attorneys have authority to sign such stipulation on behalf of the respective Party.

8. Electronic signature and/or facsimile of signatures are acceptable and valid signatures.

/s/Rebecca A. Solarz                                        6/16/2021

Rebecca A. Solarz, Esquire                                  Date
KML Law Group, P.C.
rsolarz@kmllawgroup.com
Tel: (215) 825-6327
Attorney for PennyMac Loan Services, LLC


Joseph L. Quinn, Esquire                                    6/17/2021
Ross, Quinn & Ploppert, P.C.                                Date
Tel: (610) 323-5300
jquinn@rqplaw.com
Attorney for Debtor

No Objection - Without Prejudice to
Any Trustee Rights or Remedies
/s/ LeeAne O. Huggins                                       June 21, 2021

LeeAne O. Huggins, Esquire                                      Date
for William C. Miller
Chapter 13 Standing Trustee
mdc@ph13trustee.com
Phone: (215) 627-1377

2

And it is SO ORDERED:

June 22, 2021

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE