United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10317-mdc |
| Nicholas Zindel Epps | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 22, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicholas Zindel Epps, 3 East Brown Street, Norristown, PA 19401-3001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 23 2021 00:00:29 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Nicholas Zindel Epps CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 22, 2021 | Form ID: pdf900 | Total Noticed: 2 |

WILLIAM C. MILLER, Esq.  on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 5

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Nicholas Zindel Epps<br>　　　　　　Debtor | CASE NO. 21-10317-MDC |
| Nicholas Zindel Epps,<br>　　　　　　Movant<br>　　v.<br>Pennymac Loan Services, LLC,<br>　　　　　　Respondent<br>　　and<br>William C. Miller, Esquire<br>　　　　　　Chapter 13 Trustee | CHAPTER 13 |

**STIPULATION REGARDING PAYMENT OF CLAIM 8 BY AND BETWEEN DEBTOR AND PENNYMAC LOAN SERVICES, LLC**

THIS matter being opened to the Court by way of claim no. 8 filed by Pennymac Loan Services, LLC by way of its counsel at KML Law Group, P.C. and the proposed amended plan filed by Debtor by way of his counsel Joseph Quinn of Ross, Quinn, & Ploppert, P.C.,

The Parties agree to the following:

1. On March 31, 2021 Pennymac Loan Services, LLC ("Pennymac") filed a valid claim, marked as claim no. 8, secured by Debtor's real estate known as 3 East Brown Street, Norristown, PA 19401.

2. Pennymac's claim reflects pre-petition arrearage of $16,881.90.

3. Prior to the filing of the petition, Debtor and Pennymac Loan Services, LLC had entered into a COVID-19 loan forbearance that did not require Debtor to pay the $1,542.03 monthly payment ordinarily due on March 1, 2021 and April 1, 2021.

4. Debtor subsequently proposed a plan that repays Pennymac the $16,881.90 in pre-petition arrears and $3084.06 in post-petition arrears due Pennymac.

1

5. Pennymac agrees to repayment of the $3,084.06 in post-peittion arrears in the plan for total payment of $19,965.96.

6. Pennymac shall not be required to amend its claim to receive the payment of $19,965.96 from the plan.

7. The undersigned attorneys have authority to sign such stipulation on behalf of the respective Party.

8. Electronic signature and/or facsimile of signatures are acceptable and valid signatures.

/s/Rebecca A. Solarz                                6/16/2021

Rebecca A. Solarz, Esquire                          Date
KML Law Group, P.C.
rsolarz@kmllawgroup.com
Tel: (215) 825-6327
Attorney for PennyMac Loan Services, LLC

[signature]                                         6/17/2021
Joseph L. Quinn, Esquire                            Date
Ross, Quinn & Ploppert, P.C.
Tel: (610) 323-5300
jquinn@rqplaw.com
Attorney for Debtor

No Objection - Without Prejudice to
Any Trustee Rights or Remedies
/s/ LeeAne O. Huggins                               June 21, 2021

LeeAne O. Huggins, Esquire                          Date
for William C. Miller
Chapter 13 Standing Trustee
mdc@ph13trustee.com
Phone: (215) 627-1377

2

And it is SO ORDERED:

June 22, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE