United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                     Case No. 21-10317-mdc

Nicholas Zindel Epps                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2021 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Zindel Epps, 3 East Brown Street, Norristown, PA 19401-3001 |
| 14581930 | + | Demetrios H Tsarouhis, 21 S 9th Street, Allentown, PA 18102-4861 |
| 14581931 | + | JMMPC Company, 221 E Market Street, PO Box 832, Clearfield, PA 16830-0832 |
| 14581933 | + | Norristown Municipal Waste Authority, 25 E. Marshall Street, Norristown, PA 19401-4818 |
| 14582992 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14581936 | + | PNC Bank, One PNC Plaza, 249 Fifth Avenue, Pittsburgh, PA 15222-2707 |
| 14595338 | + | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14581934 | + | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14581935 | + | Peoples Commerce, Inc., 1001 West Ridge Pike Rear, Conshohocken, PA 19428-1015 |
| 14601245 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14581926 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jul 01 2021 23:55:01 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 14582933 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 01 2021 23:55:11 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14585879 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 01 2021 23:55:07 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14581927 | + | Email/Text: bankruptcy@credencerm.com | Jul 01 2021 23:53:00 | Credence Resource Mana, 4222 Trinity Mills Suite 260, Dallas, TX 75287-7666 |
| 14581999 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 01 2021 23:52:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14581928 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 01 2021 23:52:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14581929 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 01 2021 23:53:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14582684 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 02 2021 00:05:35 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14581932 | | Email/Text: ktramble@lendmarkfinancial.com | Jul 01 2021 23:52:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 14590271 | | Email/Text: ktramble@lendmarkfinancial.com | Jul 01 2021 23:52:00 | Lendmark Financial Services, LLC, 2118 Usher St., Covington, GA 30014 |
| 14587616 | | Email/Text: bnc-quantum@quantum3group.com | Jul 01 2021 23:52:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0313-2 | User: admin | Page 2 of 2

Date Rcvd: Jul 01, 2021 | Form ID: 155 | Total Noticed: 24

| 14581937 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 02 2021 00:05:35 | Regional Acceptance Co, 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 14594333 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 02 2021 00:05:35 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14581938 | Email/Text: lreveles@troycapital.com | Jul 01 2021 23:52:00 | Troy Capital LLC, 2660 S Rainbow Blvd, Las Vegas, NV 89146 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| JOSEPH L QUINN | on behalf of Debtor Nicholas Zindel Epps CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nicholas Zindel Epps
      Debtor(s)

Chapter: 13

Bankruptcy No: 21−10317−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this July 1, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                        Magdeline D. Coleman
                        Chief Judge ,
                        United States Bankruptcy Court