IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: NICHOLAS ZINDEL EPPS ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| CREDIT ACCEPTANCE CORPORATION ) | CASE NO. 21-10317 (AMC) |
| **Moving Party** ) | |
| ) | |
| v.     ) | HEARING DATE: **5-02-24 at 11:00 AM** |
| ) | |
| NICHOLAS ZINDEL EPPS ) | |
| **Respondent(s)** ) | 11 U.S.C. 362 |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Relief From Stay, and filed on or about May 22, 2024 in the above matter is APPROVED.

Dated: May 24, 2024

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE