United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 21-10317-amc

Nicholas Zindel Epps                                      Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                 User: admin                                 Page 1 of 2

Date Rcvd: May 24, 2024                          Form ID: pdf900                          Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Zindel Epps, 3 East Brown Street, Norristown, PA 19401-3001 |
| 14868680 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq., Eisenberg Gold & Agrawal, P.C., 1040 N. Kings Highway, Suite 200, Cherry Hill NJ 08034-1925 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 25 2024 06:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 25 2024 06:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 25 2024 04:20:46 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | May 25 2024 06:33:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Rd, PO Box 513, Southfield, MI 48037-0513 |
| 14581999 | + | Email/Text: ebnnotifications@creditacceptance.com | May 25 2024 06:33:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14581928 | + | Email/Text: ebnnotifications@creditacceptance.com | May 25 2024 06:33:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 24, 2024 | Form ID: pdf900 | Total Noticed: 8 |

Date: May 26, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Nicholas Zindel Epps CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: NICHOLAS ZINDEL EPPS ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| CREDIT ACCEPTANCE CORPORATION ) | CASE NO. 21-10317 (AMC) |
| **Moving Party** ) | |
| ) | |
| v.         ) | HEARING DATE: **5-02-24 at 11:00 AM** |
| ) | |
| NICHOLAS ZINDEL EPPS ) | |
| **Respondent(s)** ) | 11 U.S.C. 362 |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Relief From Stay, and filed on or about May 22, 2024 in the above matter is APPROVED.

Dated: May 24, 2024

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE