**Fill in this information to identify the case:**

Debtor 1    **NICHOLAS  ZINDEL EPPS**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**
                                                      (State)

Case Number    **21-10317-DJB**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made      **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   PENNYMAC LOAN SERVICES LLC

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account:   3   4   8   4

**Property Address:**       3 EAST BROWN STREET
                          Number       Street

                          NORRISTOWN                      PA     19401
                          City                                 State     ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $ 601.64 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 601.64 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 601.64 |

**Part 4:** **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:      $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:      $ _____ -0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✖ /s/ Kenneth E. West                                              Date    05/17/2026
Signature

Trustee    Kenneth E. West
First Name          Middle Name          Last Name

Address    190 N. Independence Mall West, Suite 701
Number        Street

Philadelphia                              PA    19106
City                                    State    ZIP Code

Contact phone    (215) 627-1377          Email  info@ph13trustee.com

| Debtor 1 | NICHOLAS  ZINDEL EPPS | Case Number **21-10317-DJB** | Page 1 |
| | Name | | |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 8 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 03/07/2022 | 3007244 | Disbursement To Creditor/Principal | 65.15 |
| 8 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 04/12/2022 | 3008638 | Disbursement To Creditor/Principal | 384.21 |
| 8 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 04/12/2022 | 3008638 | Disbursement To Creditor/Principal | 82.09 |
| 8 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 05/11/2022 | 3010000 | Disbursement To Creditor/Principal | 70.19 |
| | | | | | Total for Claim Number 8: | 601.64 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **601.64** |

**Fill in this information to identify the case:**

Debtor 1   **NICHOLAS  ZINDEL EPPS**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

(State)

Case Number   **21-10317-DJB**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

**Part 1:   Mortgage Information**

Name of claim holder:   PENNYMAC LOAN SERVICES LLC

Court claim no.  (if known):
8

**Last 4 digits** of any number you use to identify the debtor's account:   3   4   8   4

Property Address:   3 EAST BROWN STREET
Number      Street

NORRISTOWN                                      PA      19401
City                                             State   ZIP Code

**Part 2:   Statement of Completion**

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

**Part 3:   Arrearages**

|  | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $         601.64 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $         601.64 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $         -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $         601.64 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:                    $ _____ -0-

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

  Amount of postpetition fees, expenses, and charges disbursed by the trustee:                    $ _____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Kenneth E. West
Signature

Date   05/17/2026

Trustee   Kenneth E. West
First Name          Middle Name          Last Name

Address   190 N. Independence Mall West, Suite 701
Number          Street

Philadelphia                    PA          19106
City                    State          ZIP Code

Contact phone   (215) 627-1377          Email  info@ph13trustee.com

| Debtor 1 | **NICHOLAS  ZINDEL EPPS** | Case Number **21-10317-DJB** | Page 1 |
|---|---|---|---|
| | Name | | |

## History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 8 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 03/07/2022 | 3007244 | Disbursement To Creditor/Principal | 65.15 |
| 8 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 04/12/2022 | 3008638 | Disbursement To Creditor/Principal | 384.21 |
| 8 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 04/12/2022 | 3008638 | Disbursement To Creditor/Principal | 82.09 |
| 8 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 05/11/2022 | 3010000 | Disbursement To Creditor/Principal | 70.19 |
| | | | | | Total for Claim Number 8: | 601.64 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **601.64** |