United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10317-djb |
| Nicholas Zindel Epps | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 18, 2026 | Form ID: 138OBJ | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Zindel Epps, 3 East Brown Street, Norristown, PA 19401-3001 |
| 14868680 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq., Eisenberg Gold & Agrawal, P.C., 1040 N. Kings Highway, Suite 200, Cherry Hill NJ 08034-1925 |
| 14581931 | + | JMMPC Company, 221 E Market Street, PO Box 832, Clearfield, PA 16830-0832 |
| 14581933 | + | Norristown Municipal Waste Authority, 25 E. Marshall Street, Norristown, PA 19401-4818 |
| 14582992 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14581935 | + | Peoples Commerce, Inc., 1001 West Ridge Pike Rear, Conshohocken, PA 19428-1015 |
| 14601245 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14581938 | ++ | TROY CAPITAL LLC, 2660 S RAINBOW BLVD, #D104, LAS VEGAS NV 89146-5183 address filed with court:, Troy Capital LLC, 2660 S Rainbow Blvd, Las Vegas, NV 89146 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2026 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2026 01:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14581926 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 19 2026 02:08:56 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 14582933 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 19 2026 02:08:51 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14585879 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 19 2026 02:08:45 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14581927 | + | Email/Text: bankruptcy@credencerm.com | May 19 2026 01:59:00 | Credence Resource Mana, 4222 Trinity Mills Suite 260, Dallas, TX 75287-7666 |
| 14581999 | + | Email/Text: ebnnotifications@creditacceptance.com | May 19 2026 01:58:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14581928 | + | Email/Text: ebnnotifications@creditacceptance.com | May 19 2026 01:58:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14581929 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 19 2026 01:59:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14581930 | + | Email/Text: dht@pacollections.com | May 19 2026 01:58:00 | Demetrios H Tsarouhis, 21 S 9th Street, Allentown, PA 18102-4861 |
| 14582684 | + | Email/PDF: ebn_ais@aisinfo.com | May 19 2026 02:08:51 | Directv, LLC, by American InfoSource as agent, |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: May 18, 2026 | Form ID: 138OBJ | Total Noticed: 27

| | | | 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 14581932 | Email/Text: bk@lendmarkfinancial.com | May 19 2026 01:58:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 14590271 | Email/Text: bk@lendmarkfinancial.com | May 19 2026 01:58:00 | Lendmark Financial Services, LLC, 2118 Usher St., Covington, GA 30014 |
| 14581936 | Email/Text: Bankruptcy.Notices@pnc.com | May 19 2026 01:58:00 | PNC Bank, One PNC Plaza, 249 Fifth Avenue, Pittsburgh, PA 15222 |
| 14595338 | + Email/PDF: ebnotices@pnmac.com | May 19 2026 02:08:57 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14581934 | + Email/PDF: ebnotices@pnmac.com | May 19 2026 02:08:46 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14587616 | Email/Text: bnc-quantum@quantum3group.com | May 19 2026 01:58:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14581937 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 19 2026 02:08:46 | Regional Acceptance Co, 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 14594333 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 19 2026 02:08:46 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Nicholas Zindel Epps CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com |

District/off: 0313-2                                   User: admin                                          Page 3 of 3

Date Rcvd: May 18, 2026                        Form ID: 138OBJ                              Total Noticed: 27

mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 5

*Form 138OBJ* (6/24)−doc 110 − 108

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Nicholas Zindel Epps | ) | Case No. 21−10317−djb |
| | ) | |
| | ) | |
|   Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 18, 2026

For The Court

Mohung Wong
Clerk of Court