| Fill in this information to identify the **Fill in this information to identify the case:** |
|---|
| Debtor 1    Nicholas Zindel Epps |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number    21-10317 MDC |

Official Form 410S1

## Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC      **Court claim no**. (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 3484

**Date of payment change:**
Must be at least 21 days after date of this notice      06/01/2022

**New total payment:**      $1685.15
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:    $835.49        New escrow payment:    $ 823.14

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:    _____%        New interest rate:    _____%
   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____
   Current mortgage payment: $_____        New mortgage payment: $ _____

Document ID: 4061f9fe24f432dbf390fce28958176e9d28c8a26aee3e53b446e1fe4e816785

Debtor(s)   <u>Nicholas    Zindel   Epps</u>         Case number (*if known*)  <u>21-10317 MDC</u>
First Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ *Rebecca Solarz*                                             Date    04/14/2022
Signature
**Print:** Rebecca Solarz
14 Apr 2022, 14:38:45, EDT

Title   <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701         Market Street, Suite 5000</u>
Number    Street
Philadelphia,                           PA      19106
City                                    State   ZIP Code

Contact phone  (215) 627–1322        Email  <u>bkgroup@kmllawgroup.com</u>

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2